No. 84–5278. JORGE-SALON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5279. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–5286. DUKES v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 84–5301. PLEASANT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5302. WIGGINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5305. TSIRIZOTAKIS, AKA ALASKA v. LEFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 84–5306. ORJUELA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–5313. JORDAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5325. TAPIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 84–5328. LOPEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1267. POWERS ET AL. v. CITY OF HUNTSVILLE. Ct. Crim. App. Ala. Motion of Albertsons, Inc.—Southco Division for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 83–1534. GRAY ET AL. v. SHERRILLS. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 83–1693. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. BYRD. C. A. 11th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.